ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

RICHARD J. CUELLAR (WI #1006631)
Trial Attorney
230 North First Avenue, #204
Phoenix, Arizona 85003-1706
(602) 682-2600 (phone)
(602) 514-7270 (fax)
E-mail: Ric.J.Cuellar@usdoj.gov

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 11 |
| TODD MCFARLANE PRODUCTIONS, INC., | Case No. 2-04-21755-PHX-CGC |
| Debtor. | THIRD AMENDED APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

The United States Trustee hereby amends the list of creditors appointed to the committee of unsecured creditors, due to additional creditors interest, as follows:

1. Greg Capullo
   5017 Colonial Drive
   Schenectady, NY 12303
   (518) 357-9265
   (518) 357-9270 (fax)

2. Neil Gaiman
   c/o Kenneth F. Levin
   20 N. Wacker Drive, #4200
   Chicago, IL 60606
   (312) 827-9000
   (312) 827-9001 (fax)

3. Haberlin Studios Inc.
   Attn: Brian Haberlin
   28411 Rancho De Linda
   Laguna Niguel, CA 92677
   (949) 425-9622
   (949) 425-9623 (fax)

4. Comicraft
   Attn: Richard Starkings
   8910 Rayford Drive
   Los Angeles, CA 90045
   (310) 215-0362
   (775) 890-5787 (fax)

```
 1          5.  Tony Twist
                c/o Donald W. Powell, attorney
 2              7301 N. 16th Street, #103
                Phoenix, AZ 85020
 3              (602) 861-0777
                (602) 870-0296 (fax)
 4
            6.  Brian Holguin
 5              3416 Buena Vista Ave.
                Glendale, CA 91208
 6              (818) 248-5778
                (818) 248-5778 (fax)
 7
           *7.  Thomas Orzechowski
 8              2037 N. Farragut
                Portland, OR 97217
 9              (503) 286-0421
                (503) 286-0421 (fax)
10
    *Added to committee.
11
                                        Respectfully submitted,
12
                                        ILENE J. LASHINSKY
13                                      United States Trustee
                                        District of Arizona
14

15
    Dated:    February __11__, 2005.    /s/ RJC (WI #1006631)
16                                      RICHARD J. CUELLAR
                                        Trial Attorney
17
    Copies of the foregoing mailed to
18  the creditors appointed as listed
    above, and the following this
19  11th day of February, 2005:

20  Thomas J. Salerno
    Kelly Singer
21  Squire, Sanders & Dempsey, LLP
    40 N. Central, #2700
22  Phoenix, AZ 85004
    Attorney for Debtor
23

24  /s/ C. Dior

25

26

27

28
                                 - 2 -
```